ROBERT L. ALLEN, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Allen* v. *City of New York*, 160 App. Div. 534, appeal dismissed.
(Argued January 4, 1915; decided January 12, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial

department, entered February 6, 1914, which reversed an order of Special Term overruling a demurrer to the complaint, sustained such demurrer and directed judgment dismissing the complaint in an action to recover a balance alleged to be due for services.

The motion was made upon the ground that an appeal does not lie from the order of reversal as of right and that permission to appeal had not been obtained.

*Charles J. Druhan* for motion.

*Gustav Gunkel* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.